# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN BERGESON, | Case No.: 2:23-cv-01474-APG-EJY |
| Plaintiff | **Order** |
| v. | |
| CAPITAL ONE BANK (USA), N.A., et al., | |
| Defendants | |

On October 24, 2023, plaintiff Brian Bergeson and defendant Capital One Bank (USA), N.A. advised the court that they had settled their dispute and requested 30 days to file a stipulation to dismiss or a status report regarding settlement. ECF No. 8.  More than 30 days have passed, and the parties have not filed a stipulation or a status report.

I THEREFORE ORDER that by February 2, 2024, these parties shall file a stipulation to dismiss or a status report regarding settlement.

DATED this 8th day of January, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE