# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN BERGESON, | Case No.: 2:23-cv-01474-APG-EJY |
| Plaintiff | **Order** |
| v. | |
| CAPITAL ONE BANK (USA), N.A., et al., | |
| Defendants | |

I ORDER that by August 30, 2024, plaintiff Brian Bergeson must move for default and default judgment or voluntarily dismiss his claims against the last remaining defendant, Equifax Information Services, LLC.  If Bergeson does not take either of these actions by that date or otherwise act to pursue his claims, I will dismiss the complaint against Equifax without prejudice and without further notice.

DATED this 2nd day of August, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE